UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

GARY MURPHY on behalf of himself and
all others similarly situated,

                Plaintiff,

-against-

RECOVERY ASSOCIATES, INC., JERRY
M. ZARIN, MINEOLA MEDICAL LAB,
LLC,

                Defendants.
----------------------------------------------------------------X

MINEOLA MEDICAL LABORATORY LLC,

                Third Party Plaintiff,

-against-

ATHENA MEDICAL BILLING, INC. and
LEE ANN ANGELS,

                Third Party Defendants,
----------------------------------------------------------------X

DOCKET NO. 15-cv-3814 (JFB)(AYS)

**FEDERAL RULE OF CIVIL
PROCEDURE 41(a)(ii)
STIPULATION OF VOLUNTARY
DISMISSAL WITH
PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties to the above-entitled action that pursuant to Fed. R. Civ. Proc. 41(a)(ii), the Action is dismissed. Each party shall bear its own costs, fees, and attorneys' fees, except as otherwise agreed to by and between the parties.

Dated:      Carle Place, New York
           May __, 2016

_____
Joseph Mauro
The Law Office of Joseph Mauro, LLC
Attorneys for Plaintiff
306 McCall Ave.
West Islip, NY 11795
Tel #: (631) 669-0921

_____ 5/9/16
Austin Graff
The Scher Law Firm, LLP
Attorneys for the Defendant Mineola Medical
One Old Country Road, Suite 385
Carle Place, NY 11514
Tel. # (516) 746-5040

Page 1 of 2

_Steven C. Stern_  KEVIN LEVINE
Steven C. Stern
Sokoloff Stern LLP
Attorneys for Defendants Recovery and Zarin
179 Westbury Avenue
Carle Place, New York 11514
Tel #: (516) 334-4500

Michael C. Manniello
Peter T. Roach & Associates, P.C.
Attorneys for Third Party Defendants
6901 Jericho Turnpike, Suite 240
Syosset, New York 11791
Tel#: (516) 938-3100

Steven C. Stern
Sokoloff Stern LLP
Attorneys for Defendants Recovery and Zarin
179 Westbury Avenue
Carle Place, New York 11514
Tel #: (516) 334-4500

Michael C. Manniello
Peter T. Roach & Associates, P.C.
Attorneys for Third Party Defendants
6901 Jericho Turnpike, Suite 240
Syosset, New York 11791
Tel#: (516) 938-3100