UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GARY MURPHY on behalf of himself and
all others similarly situated,

                  Plaintiff,

            -against-

RECOVERY ASSOCIATES, INC., JERRY
M. ZARIN, MINEOLA MEDICAL LAB,
LLC,

                Defendants.
-------------------------------------------------------------X
MINEOLA MEDICAL LABORATORY LLC,

            Third Party Plaintiff,

            -against-

ATHENA MEDICAL BILLING, INC. and
LEE ANN ANGELS,

           Third Party Defendants,
-------------------------------------------------------------X

DOCKET NO. 15-cv-3814 (JFB)(AYS)

**FEDERAL RULE OF CIVIL PROCEDURE 41(a)(ii) STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 10 2016 ★

LONG ISLAND OFFICE

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties to the above-entitled action that pursuant to Fed. R. Civ. Proc. 41(a)(ii), the Action is dismissed. Each party shall bear its own costs, fees, and attorneys' fees, except as otherwise agreed to by and between the parties.

Dated:      Carle Place, New York
             May __, 2016

| | |
|---|---|
| Joseph Mauro | Austin Graff    5/9/16 |
| The Law Office of Joseph Mauro, LLC | The Scher Law Firm, LLP |
| Attorneys for Plaintiff | Attorneys for the Defendant Mineola Medical |
| 306 McCall Ave. | One Old Country Road, Suite 385 |
| West Islip, NY 11795 | Carle Place, NY 11514 |
| Tel #: (631) 669-0921 | Tel. # (516) 746-5040 |

 

Steven C. Stern  KEVIN LEVINE
Sokoloff Stern LLP
Attorneys for Defendants Recovery and Zarin
179 Westbury Avenue
Carle Place, New York 11514
Tel #: (516) 334-4500

Michael C. Manniello
Peter T. Roach & Associates, P.C.
Attorneys for Third Party Defendants
6901 Jericho Turnpike, Suite 240
Syosset, New York 11791
Tel#: (516) 938-3100

Steven C. Stern
Sokoloff Stern LLP
Attorneys for Defendants Recovery and Zarin
179 Westbury Avenue
Carle Place, New York 11514
Tel #: (516) 334-4500

Michael C. Manniello
Peter T. Roach & Associates, P.C.
Attorneys for Third Party Defendants
6901 Jericho Turnpike, Suite 240
Syosset, New York 11791
Tel#: (516) 938-3100

The Clerk of the Court shall close the Case,

s/ Joseph F. Bianco

May 10 20 16